

**ORDERED in the Southern District of Florida on December 13, 2019.**

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **In re:** | **CASE NO.: 10-28935-SMG** |
| **Global Energies, LLC,** | **CHAPTER 7** |
| Debtor(s). | |
| _____/ | |

### ORDER OF RECUSAL

This case came before the Court *sua sponte*. Upon consideration, the Court must recuse itself from this case pursuant to 28 U.S.C. § 455(a). Accordingly, it is **ORDERED** that:

1. I hereby recuse myself from this bankruptcy case and any associated adversary proceedings.

2. Pursuant to Local Rule 1073-1(B), this bankruptcy case and any associated adversary proceedings are hereby referred to the Clerk of the Court for reassignment and transfer to another Judge.

      3.    The Clerk of the Court is directed to provide all interested parties with the Notice of Reassignment and Transfer.

      4.    The current trustee Barry Mukamal will remain as trustee.

###

Copies Furnished to:

AUST

Barry E Mukamal, Trustee

All other interested parties and creditors by the Clerk of Court