# Sandra Manboard

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Friday, January 10, 2020 3:39 PM |
| **To:** | FLSBml_BNC |
| **Subject:** | U.S. Bankruptcy Court, Southern District of Florida - Returned Mail Notice, In re: , Case Number: 15-01447, RBR, Ref: [p-144557521] |
| **Attachments:** | R_P01501447CGFI91866.PDF |

Notice of Returned Mail to Court - Adversary Proceeding

January 10, 2020

From: The Bankruptcy Noticing Center

Re:   Returned Mail Notice - Adversary Proceeding

In re: Joseph G Wortley, Plaintiff
      Richard Tarrant, Defendant
      Adv. Proc. No. 15-01447 RBR

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.


Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Joseph G Wortley
20 SE 3 St
Boca Raton, FL 33432-4914

1

CGFI9 (7/28/10)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number:**                              **Adversary Number:** 15–01447–RBR

In re:

**Name of Debtor(s):**

─────────────────────────────────────/

**Joseph G Wortley**

Plaintiff(s)

**VS.**

**Richard Tarrant, James C Juranitch, Chrispus Venture Capital, LLC, Chad P. Pugatch, Rice Pugatch Robinson Schiller, PA and Plasma Power**

Defendant(s)

─────────────────────────────────────/

## NOTICE OF REASSIGNMENT

     In accordance with the Order of Intra–District Transfer entered on 12/13/2019 by Judge Scott M Grossman, this case was referred to the clerk of the court for reassignment and/or transfer to another judge pursuant to Local Rule 1073–1(B).

     Accordingly, this case is hereby reassigned to the Honorable **Robert A Mark**.

**Dated: 12/13/19**                              **CLERK OF COURT**
                                                By: Maria Cervino
                                                Deputy Clerk

The clerk shall serve this notice on all parties of record.